IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MATTHEW FORREY HOLGERSON,

      Plaintiff,                     No. 2:03-cv-0770 GEB EFB P

      vs.

KNOWLES, et al.,

      Defendants.          <u>ORDER</u>

_____/

      After this civil rights action was closed and judgment duly entered, *see* Dckt. Nos. 14, 15, plaintiff filed a letter directed to the court seeking legal advice. Dckt. No. 18. The court takes no action on plaintiff's filing as this case is now closed. Plaintiff is hereby informed that the court will not respond to future filings in this action that are not authorized by the Federal Rules of Civil Procedure or the Federal Rules of Appellate Procedure.

      So ordered.

Dated: August 10, 2012.

                                    EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE